```
SUB
ERIC K. STRYKER, ESQ.
Nevada Bar No. 005793
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, NV  89101
(702) 727-1400; FAX (702) 727-1401
Eric.stryker@wilsonelser.com
Attorneys for Defendant
DESERT VIEW REGIONAL MEDICAL CENTER HOLDINGS, LLC
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SIE ERVINE, as an individual and as Executor of the Estate of CHARLENE ELAINE ERVINE, deceased; and DOES I-X individuals<br><br>Plaintiffs,<br><br>v.<br><br>DESERT VIEW REGIONAL MEDICAL CENTER HOLDINGS, LLC, a domestic corporation; GEORGES TANNOURTY, M.D. a domestic corporation; SPESIALTY MEDICAL CENTER, a business entity; DOCTOR GEROGES TANNOURY, AN INDIVIDUAL; KERRY MALIN, an individual; KERRY MALIN, a Physician Assistant; and, ROES I-X<br><br>Defendants. | Case Number:  2:10-cv-01494-JCM-RJJ<br><br>Judge James C. Mahan |

## SUBSTITUTION OF ATTORNEY

TO:    ALL INTERESTED PARTIES; and

TO:    ALL COUNSEL OF RECORD:

IT IS HEREBY STIPULATED and AGREED that ERIC K. STRYKER, ESQ. of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP be substituted in the place and stead of LAW OFFICES OF ARTHUR W. TUVERSON, as counsel for Defendant DESERT VIEW REGIONAL MEDICAL CENTER HOLDINGS, LLC.

. . .

214969.1

DATED this __16__ day of March, 2011.

          LAW OFFICES OF ARTHUR W. TUVERSON

          _____
          Arthur W. Tuverson, Esq.
          7201 West Lake Mead Blvd., Suite 410
          Las Vegas, NV 89128
          702.631.7855; FAX 702.631.5777

The undersigned hereby consents to be substituted in as the attorney for Defendant DESERT VIEW REGIONAL MEDICAL CENTER HOLDINGS, LLC.

DATED this day of __17__ day of March, 2011.

          WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

          _____
          ERIC K. STRYKER, ESQ.
          Nevada Bar No. 005793
          300 South Fourth Street, 11th Floor
          Las Vegas, NV 89101
          (702) 727-1400; FAX (702) 727-1401
          Attorneys for Defendant
          DESERT VIEW REGIONAL MEDICAL
          CENTER HOLDINGS, LLC

The undersigned hereby consents to the withdrawal of LAW OFFICES OF ARTHUR W. TUVERSON, as its counsel of record and further consents to the substitution of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP as its new counsel of record.

DATED this _____ day of March, 2011.

          DESERT VIEW REGIONAL MEDICAL
          CENTER HOLDINGS, LLC

          _____
          Susan Davila, CEO

. . .

214969.1

Submitted by:

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

_____
ERIC K. STRYKER, ESQ.
Nevada Bar No. 005793
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
(702) 727-1400; FAX (702) 727-1401
Attorneys for Defendant
DESERT VIEW REGIONAL MEDICAL CENTER HOLDINGS, LLC

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of March, 2011, I forwarded a true and correct copy of the foregoing **SUBSTITUTION OF ATTORNEY** on the parties by filing a true copy thereof with the Clerk of the Court using the CM/ECF System to be served upon all parties using the CM/ECF System.

Norman N. Hirata, Esq.
David Amesbury, Esq.
AMESBURY LAW OFFICE
703 S. 8th Street
Las Vegas, NV 89101
702.385.5570; FAX 702.385.4234
Attorney for Plaintiff

Paul J. Hofmann, Esq.
John H. Cotton, Esq.
JOHN H. COTTON & ASSOCIAES, LTD.
2300 W. Sahara, Suite 420
Las Vegas, NV 89102
702.367.9993; FAX 702.367.9977
Attorney for Defendants

BY _____
An Employee of
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

214969.1

2:10-cv-01494-JCM-GWF

**IT IS SO ORDERED.**

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

DATED:  March 18, 2011