**SUBS**
NORMAN N. HIRATA, Bar No. 9419
2454 Bedford Park Drive
Henderson, NV 89052
(310) 980-0743;  Fax N0. (801) 278-3368
e-mail:  nhirataesq@centurylink.net
DALE H. BOAM, Bar No. 10384 (*Pro Hac Vice*)
4776 South Wander Lane
Salt Lake City, UT 84117
(801) 815-2547; Fax No.:  (801) 278-3368
e-mail:  dboam@comcast.com
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA, CENTRAL DIVISION

| | |
|---|---|
| SIE ERVINE, as an individual and as Executor of the Estate of CHARLENE ELAINE ERVINE, deceased; and, DOES I-X individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>DESERT VIEW REGIONAL MEDICAL CENTER HOLDINGS, LLC, a domestic corporation; GEORGES TANNOURY, M.D., a domestic corporation; SPECIALTY MEDICAL CENTER, a business entity; DOCTOR GEORGES TANNOURY, an individual; KERRY MALIN, an individual; KERRY MALIN, a Physician Assistant; and, ROES I-X,<br><br>Defendants. | Civil No. 2:10-cv-01494-JCM-RJJ<br><br>Judge James C. Mahan |

## SUBSTITUTION OF ATTORNEY

Plaintiff SIE ERVINE, an individual, for himself and as Executor of the Estate of CHARLENE ELAINE ERVINE hereby substitutes and appoints NORMAN N. HIRATA,

1

1  ESQ. to represent him in this action, in the place and stead of the AMESBURY LAW
2  OFFICE and attorney David C. Amesbury. Co-counsel DALE H. BOAM, ESQ. shall
3  continue to represent me in this action.
4  DATED this ___7th___ day of January 2012.

_____
SIE ERVINE

The AMESBURY LAW OFFICE has been Discharged by Plaintiff Sie Ervine, and the files have been transferred to Plaintiff. See attached Discharge of Attorney.

I, Attorney NORMAN N. HIRATA, ESQ., no longer an employee of the Amesbury Law Office, hereby consents to the foregoing substitution.

DATED this ___7th___ day of January 2012.

_____
NORMAN N. HIRATA, ESQ.
Nevada Bar No. 9419
2454 Bedford Park Drive
Henderson, NV 89052
(310) 980-0743
Fax No. (801) 278-3368
Email:

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on the ___9th___ day of January 2012, I served the foregoing SUBSTITUTION OF ATTORNEY pursuant to FRCP 5 (b)(2) by depositing a true and correct copy thereof in the U.S. Mails, postpaid and addressed as follows, as well as by

2

1  transmitting a true and correct copy thereof via facsimile transmission, as follows:

JOHN H. COTTON, ESQ., Bar No. 5268
PAUL J. HOFMANN, ESQ., Bar No. 10369
2300 W. Sahara Avenue, Suite 420
Las Vegas, NV 89102
(702) 367-9993 *phone*
(702) 367-9977 *fax*
Attorneys for Defendants, Georges
Tannoury, MD; Specialty Medical
Center; Doctor Georges Tannoury;
Kerry Malin and Kerry Malin, PA

ERIC K. STRYKER, ESQ., Bar No. 5793
WILSON, ELSER, MOSKOWITZ, et al.
300 S. 4th Street, 11th Floor
Las Vegas, NV 89101
Fax: (702) 631-5777
Attorneys for Defendant Desert View
Regional Medical Center Holdings, LLC

Norman N. Hirata

**IT IS SO ORDERED.**

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**

**DATED:   January 10, 2012**

## DISCHARGE OF ATTORNEY

## AND REQUEST FOR ENTIRE FILE

DATE: January 6, 2012

I, SIE ERVINE, individually and as the Executor of the Estate of CHARLENE ERVINE, client(s) of the Amesbury Law Office hereby wish to immediately discharge or fire the Amesbury Law office from handling my case, No. 2:10-cv-01494-JCM-RJJ. I will continue to be represented by attorney, Norman N. Hirata, who is no longer employed by the Amesbury Law firm, and attorney Dale H. Boam to continue with my case.

I also make immediate demand for Amesbury Law Office to turn over to me or to my above stated attorneys any and all file materials, including but not limited to all correspondence, papers, records, reports, medical billing, research, investigation, photographs, tapes, CD's, transcripts, statements, pleadings, discovery, notes, drawings and any and all other documents and things in your possession pertaining to me (us) and our case.

Very truly yours,

NAME: _____
SIE ERVINE

ADDRESS: 1670 W. Mesquite Ave
CITY, STATE ZIP: Pahrump, NV 89060

**I HEREEBY ACKNOWLEDGE RECEIPT OF THE ENTIRE FILE ABOVE.**

DATE: 1/7/12

_____
NORMAN N. HIRATA