# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SIE ERVINE, as an individual and as Executor of the Estate of CHARLENE ELAINE ERVINE,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>DESERT VIEW REGIONAL MEDICAL CENTER HOLDINGS, LLC, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:10-cv-01494-JCM-GWF<br><br>**ORDER** |

　　　This matter is before the Court on the Parties Stipulation to Extend Time to File Joint Pre-Trial Order (ECF No. 106), filed on November 21, 2016.  Upon review and consideration, and with good cause appearing therefor,

　　　**IT IS HEREBY ORDERED** that the Parties Stipulation to Extend Time to File Joint Pre-Trial Order (ECF No. 106) is **granted**.  The parties shall file a Joint Pre-Trial Order on or before **January 13, 2017**.

　　　DATED this 22nd day of November, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge