**ERIC K. STRYKER, ESQ.**
Nevada Bar No. 005793
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
(702) 727-1400; FAX (702) 727-1401
Eric.stryker@wilsonelser.com
Attorneys for Defendant
DESERT VIEW REGIONAL MEDICAL CENTER HOLDINGS, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SIE ERVINE, as an individual and as Executor of the Estate of CHARLENE ELAINE ERVINE, deceased; and DOES I-X individuals<br><br>Plaintiffs,<br><br>v.<br><br>DESERT VIEW REGIONAL MEDICAL CENTER HOLDINGS, LLC, a domestic corporation; GEORGES TANNOURY, M.D. a domestic corporation; SPECIALTY MEDICAL CENTER, a business entity; DOCTOR GEORGES TANNOURY, AN INDIVIDUAL; KERRY MALIN, an individual; KERRY MALIN, a Physician Assistant; and, ROES I-X<br><br>Defendants. | Case Number: 2:10-cv-01494-JCM-GWF<br><br>**STIPULATION and ORDER regarding GOOD FAITH SETTLEMENT** |

IT IS HEREBY STIPULATED, by PLAINTIFF SIE ERVINE, as an individual and as Executor of the Estate of CHARLENE ELAINE ERVINE, deceased through their attorneys of record, Dale H. Boam, Esq., of the law firm Dale H. Boam PC and/or Norman N. Hirata, Esq., DEFENDANT DESERT VIEW REGIONAL MEDICAL CENTER HOLDINGS, LLC ("Desert View") through its attorney Eric Stryker, Esq. of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, and DEFENDANTS GEORGES TANNOURY, M.D. a domestic corporation and GEORGES TANNOURY, M.D., individually through their counsel Erin Jordan, Esq., of the law firm Lewis, Brisbois, Brisgaard & Smith, LLP that each and every claim arising out of this matter against Defendant Desert View both stated and unstated, including any present or potential claim, counterclaim, cross-claim and/or third-party claim, be dismissed with prejudice, each party to bear their own costs and attorney's fees.

IT IS HEREBY FURTHER STIPULATED by the above parties that Defendant Desert View's confidential settlement agreement dated and signed on 12/13/2016 with Plaintiffs was entered into in good faith pursuant to NRS §17.245. All the terms and conditions of the 12/13/2016 settlement agreement are hereby incorporated into this STIPULATION and ORDER.

Plaintiffs and Defendant Desert View engaged in arm's length negotiations and reached a confidential settlement agreement at a formal mediation attended by all parties. All parties have been made aware of the confidential settlement amount, and Defendant Desert View will provide the Court with the settlement amount for in camera review so that it can confirm that the settlement amount was indeed in good faith as the parties have stipulated.

The Nevada Supreme Court has interpreted the requirement of 'good faith' under NRS §17.245 and found several factors persuasive in such a determination: (1) the amount paid in settlement; (2) the allocation of settlement proceeds among plaintiffs; (3) the insurance policy limits of the settling defendant; (4) the financial condition of the settling defendant; and (5) the existence of collusion, fraud or tortuous conduct aimed to injure the interests of the non-settling defendants. *Velsicol Chem. Corp. v. Davidson*, 107 Nev. 356, 361-362, 811 P.2d 561, 563 (1991).

The parties stipulate that all the factors in Velsicol have been met in Defendant Desert View's confidential settlement agreement with Plaintiffs. The parties stipulate that Desert View's settlement amount is reasonable in light of its proportional alleged potential liability.

The parties stipulate that Desert View did not engage in any collusion, fraud, or tortuous conduct aimed to injure DEFENDANTS GEORGES TANNOURY, M.D. a domestic corporation and DOCTOR GEORGES TANNOURY, individually, and said Defendants have agreed that the settlement is in good faith.

. . .

. . .

. . .

1112300v.3

Therefore, the parties stipulate that Desert View's confidential settlement with Plaintiffs was entered into in good faith pursuant to NRS §17.245, and jointly request an order confirming same to allow consummation of Desert View's settlement with Plaintiffs.

DATED this 26th day of March, 2017.

_/s/ Norman Hirata_____
Norman N. Hirata, Esq.
Nevada Bar No. 9419
9920 Villa Ridge Drive
Las Vegas, NV 89134
Attorney for Plaintiff
or
Dale H. Boam
Utah Bar No.: 10384 (Pro Hac Vice)
4776 South Wander Lane
Salt Lake City, UT 84117
Attorney for Plaintiff

DATED this 29th day of March, 2017.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

_/s/ Eric Stryker_____
Eric K. Stryker, Esq.
Nevada Bar No. 005793
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
Attorneys for Defendant
*Desert View Regional Medical Center Holdings, LLC*

DATED this 29th day of March, 2017.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

_/s/ Erin Jordan_____
S. Brent Vogel, Esq.
Nevada Bar No. 006858
Erin E. Jordan, Esq.
Nevada Bar No. 010018
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendants Georges Tannoury, MD; Speciality Medical Center; Doctor Georges Tannoury; Karry Malin and Kerry Malin, PA*

## **ORDER**

IT IS HEREBY ORDERED, pursuant to the Stipulation of the parties hereto, that each and every cause of action against Defendant Desert View arising out of this litigation, including any present or potential claim, counterclaim, cross-claim and third-party claim of the parties herein, are dismissed with prejudice, each party to bear their own costs and attorney's fees.

1112300v.3

IT IS FURTHER ORDERED that the confidential settlement agreement entered into by and between Plaintiffs and Defendant Desert View, has been entered into in good faith, in contemplation of NRS §17, 245, and that this Stipulation and Order for Dismissal may be used as an affirmative defense to any and all claims and actions for contribution and/or equitable indemnity arising from the circumstances in this matter.

**ORDER**

IT IS SO ORDERED.

DATED April 12, 2017.

_____
U.S. DISTRICT COURT JUDGE

Submitted by,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

__/s/ Eric Stryker_____
Eric K. Stryker, Esq.
Nevada Bar No. 005793
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
Attorneys for Defendant
*Desert View Regional Medical Center Holdings, LLC*

1112300v.3