S. BRENT VOGEL
Nevada Bar No. 006858
Brent.Vogel@lewisbrisbois.com
ERIN E. JORDAN
Nevada Bar No. 10018
Erin.Jordan@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendants Georges Tannoury, MD;
Specialty Medical Center;
Doctor Georges Tannoury:*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SEI ERVINE, as an individual and as Executor of the Estate of CHARLENE ELAINE ERVINE, deceased; and DOES I-X individuals;<br><br>Plaintiffs,<br><br>vs.<br><br>DESERT VIEW REGIONAL MEDICAL CENTER HOLDINGS, LLC, a domestic corporation, GEORGES TANNOURY, M.D., a domestic corporation; SPECIALTY MEDICAL CENTER, a business entity; DOCTOR GEORGES TANNOURY, an individual; KERRY MALIN, an individual; KERRY MALIN, a Physician Assistant; and ROES I-X,<br><br>Defendants. | CASE NO. 2:10-cv-01494-JCM-RJJ<br><br>**SUBSTITUTION OF ATTORNEYS** |

Defendants GEORGES TANNOURY MD., GEORGES TANNOURY MD PC, SPECIALTY MEDICAL CENTER and KERRY MALIN hereby substitutes LEWIS BRISBOIS BISGAARD & SMITH LLP as their attorneys of record in the place and instead of the law firm of JOHN H. COTTON & ASSOCIATES in the above-entitled matter.

Dated this 1 day of April, 2017

By _____
Georges Tannoury, M.D.

## CONSENT TO SUBSTITUTION

The law firm of JOHN H. COTTON & ASSOCIATES hereby agrees and consents to the substitution of LEWIS BRISBOIS BISGAARD & SMITH LLP as the attorneys of record for Defendants GEORGES TANNOURY MD., GEORGES TANNOURY MD PC, SPECIALTY MEDICAL CENTER and KERRY MALIN in the above-entitled action.

Dated this 25 day of August, 2017

JOHN H. COTTON & ASSOCIATES

By _____
John Cotton, Esq.
Nevada Bar No. 5268
7900 W. Sahara Ave.
Las Vegas, NV 89117

2

## ACCEPTANCE OF SUBSTITUTION

LEWIS BRISBOIS BISGAARD & SMITH LLP hereby accepts the substitution as attorneys of record for Defendants GEORGES TANNOURY MD., GEORGES TANNOURY MD PC, SPECIALTY MEDICAL CENTER and KERRY MALIN in the above-entitled action.

DATED this ___ day of April, 2018

LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
S. BRENT VOGEL
Nevada Bar No. 006858
ERIN E. JORDAN
Nevada Bar No. 10018
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendants Georges Tannoury, MD; Specialty Medical Center; Doctor Georges Tannoury; Kerry Malin and Kerry Malin, PA*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: August 28, 2017

3

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of , and that on this 25 day of ~~June~~ August, 2014, I did cause a true copy of to be served via electronic service by the U.S. District Court CM/ECF system to the parties on the Electronic Filing System.

Norman Hirata, Esq.

By _____
an Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP