NORMAN N. HIRATA, ESQ.
Bar No. 9419
2517 YOUNGDALE DRIVE,
LAS VEGAS, NV 89134
(702) 503-4584 *phone*
**e-mail: nhirataesq@gmail.com**

DALE H. BOAM, (Pro Hac Vice)
Utah Bar No. 10384
4776 South Wander Lane
Salt Lake City, Utah 84117
Telephone: (801) 815-2547
Fax No.: (801) 278-3368
e-mail: dboam@comcast.net
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SIE ERVINE, as an individual and as Executor of the Estate of CHARLENE ELAINE ERVINE, deceased; and, DOES I-X individuals.<br><br>Plaintiffs,<br><br>vs.<br><br>DESERT VIEW REGIONAL MEDICAL CENTER HOLDINGS, LLC, a domestic corporation; GEORGES TANNOURY, M.D., a domestic corporation; SPECIALTY MEDICAL CENTER, a business entity, DOCTOR GEORGES TANNOURY, an individual; KERRY MALIN, an individual; KERRY MALIN, a Physician Assistant; and, ROES I-X, individuals.<br><br>Defendants. | Civil No. 2:10-cv-01494 JCM-RJJ<br><br>**STIPULATION TO DISMISS KERRY MALIN AND SPECIALTY MEDICAL CENTER** |

COMES NOW PLAINTIFFS SIE ERVINE, as an individual and as Executor of the Estate of

CHARLENE ELAINE ERVINE, deceased. (Collectively "Plaintiffs"), by and through their

attorneys of record, Noman N. Hirata and Dale H Boam, and by agreement and stipulation of all

parties who remained in this action at the time of the Stipulation to Dismiss filed by the

Defendants on or about September 18, 2017 the Plaintiffs now stipulate to dismiss Kerry Malin

and Specialty Medical Center from this action as stated in this Court's Order of October 17, 2011.

If any parties or causes of action in this case have been overlooked or in some manner remain unresolved the Plaintiffs and Defendants now stipulate that the parties do now intend *this* stipulation to resolve all outstanding matters, known or unknown, not otherwise addressed in previous stipulations in the above captioned case.

DATED this ___22_____ day of September 2017.

<u>By /s/ Norman N. Hirata</u>
NORMAN N. HIRATA, ESQ.
Bar No. 9419
2517 Youngdale Ave.,
Las Vegas, NV 89134
(702) 503-4584 *phone*
**e-mail: nhirataesq@gmail.com**

<u>/s/ Erin E. Jordan</u>
S. BRENT VOGEL
Nevada Bar No. 006858
ERIN E. JORDAN
Nevada Bar No. 010018
6385 S. Rainbow Boulevard,
Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendants Georges Tannoury, MD;*

1  NORMAN N. HIRATA, ESQ.
   Bar No. 9419
2  2517 YOUNGDALE DRIVE,
   LAS VEGAS, NV 89134
3  (702) 503-4584 *phone*
   **e-mail:** nhirataesq@gmail.com
4
   DALE H. BOAM, (Pro Hac Vice)
5  Utah Bar No. 10384
   4776 South Wander Lane
6  Salt Lake City, Utah 84117
   Telephone:    (801) 815-2547
7  Fax No.:      (801) 278-3368
   e-mail: dboam@comcast.net
8  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SIE ERVINE, as an individual and as Executor of the Estate of CHARLENE ELAINE ERVINE, deceased; and, DOES I-X individuals.<br><br>Plaintiffs,<br>vs.<br><br>DESERT VIEW REGIONAL MEDICAL CENTER HOLDINGS, LLC, a domestic corporation; GEORGES TANNOURY, M.D., a domestic corporation; SPECIALTY MEDICAL CENTER, a business entity, DOCTOR GEORGES TANNOURY, an individual; KERRY MALIN, an individual; KERRY MALIN, a Physician Assistant; and, ROES I-X, individuals.<br>Defendants. | Civil No. 2:10-cv-01494 JCM-RJJ<br><br>**ORDER REGARDING STIPULATION TO DISMISS KERRY MALIN AND SPECIALTY MEDICAL CENTER** |

Having reviewed the Parties stipulation to dismiss Kerry Malin, Specialty Medical Center and any other party or cause of action which may have been overlooked this Court now Orders and directs the dismissal of these Parties and any other matter not otherwise resolved by previous

stipulations.

DATED September 25, 2017.

_____
UNITED STATES DISTRICT JUDGE

Ervine Motion and Memorandum for Reconsideration

Page 2 of 2