S. BRENT VOGEL
Nevada Bar No. 006858
Brent.Vogel@lewisbrisbois.com
ERIN E. JORDAN
Nevada Bar No. 010018
Erin.Jordan@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendants Georges Tannoury, MD; and Doctor Georges Tannoury*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SIE ERVINE, as an individual and as Executor of the Estate of CHARLENE ELAINE ERVINE, deceased; and DOES I-X individuals;<br><br>Plaintiffs,<br>vs.<br><br>DESERT VIEW REGIONAL MEDICAL CENTER HOLDINGS, LLC, a domestic corporation, GEORGES TANNOURY, M.D., a domestic corporation; SPECIALTY MEDICAL CENTER, a business entity; DOCTOR GEORGES TANNOURY, an individual; KERRY MALIN, an individual; KERRY MALIN, a Physician Assistant; and ROES I-X,<br><br>Defendants. | CASE NO. *2:10-cv-01494-JCM-GWF*<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Defendants GEORGES TANNOURY, M.D., and DOCTOR GEORGES TANNOURY, by and through its counsel of record S. Brent Vogel, Esq., and Erin E. Jordan, Esq. of the Law Firm LEWIS BRISBOIS BISGAARD & SMITH, and Plaintiff SIE ERVINE, as an individual and as Executor of the Estate of CHARLENE ELAINE ERVINE, deceased, do hereby stipulate and agree that all Plaintiff's pending claims against Defendants are hereby **DISMISSED WITH PREJUDICE**, each party to bear its own fees and costs. This is a full and final resolution of all claims between the parties and is not intended to impact Plaintiffs' claims against Desert View Regional Medical Center Holdings, LLC.

4839-7328-3408.1

DATED this 18th day of September, 2017

LEWIS BRISBOIS BISGAARD & SMITH LLP

By     /s/ S. Brent Vogel
S. BRENT VOGEL
Nevada Bar No. 006858
ERIN E. JORDAN
Nevada Bar No. 010018
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendants Georges Tannoury, MD; and Doctor Georges Tannoury*

DATED this 18th day of September, 2017

By     /s/ Norman Hirata
Norman Hirata, Esq.
2517 Youngdale Drive
Las Vegas, Nevada 89134
And
Dale Boam Esq.
4776 South Wander Lane
Salt Lake City, Utah 84117
*Attorneys for Plaintiffs*

## ORDER

IT IS SO ORDERED.

Dated September 25, 2017.

U.S. DISTRICT COURT JUDGE